IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE THE MATTER OF: | ) |
| | ) CHAPTER 13 |
| | ) |
| Robert Todd Arick, | ) |
| | ) |
| | ) CASE No. 09-33561 |

## Objection to Claim 1 of the Internal Revenue Service

PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF SERVICE OF THIS OBJECTION.

COME NOW the Debtors, by and through attorney, and hereby files an objection to the priority portion of claim **1 of the Internal Revenue Service**, and as grounds for said Objection will state as follows:

1. On, to wit, the 31st day of December, 2009, the Debtor filed a chapter 13 case.

2. The Creditor, the Internal Revenue Service, was listed as a creditor on unsecured debt owed by the Debtor to the Government.

3. The creditor, Creditor, the Internal Revenue Service, in addition to filing it's unsecured claim for taxes, filed a priority claim for unpaid taxes for the years 2006 and 2007 in the amount of $1938.48 in unassessed taxes for the years 2006 and 2007.

4. The Debtor states that for the years 2006 and 2007 the debtor was unemployed and did not earn sufficient income to require the filing of a tax return.

WHEREFORE, the premises considered, the Debtors object to the priority portion of claim 1 of the Internal Revenue Service.

DONE this day: February 3, 2010.

/Robert Todd Arick
Debtor

Before me the undersigned Notary Public, personally appeared Robert Todd Arick, and first being duly sworn stated that the above styled facts were true and correct to the best of his knowledge and belief.

Done this the 3rd day of February, 2010.

/Richard D. Shinbaum
Notary Public
Comm. Expires 01/2014

/s/Richard D. Shinbaum
Richard D. Shinbaum
Attorney for the Debtor

Of Counsel:
Shinbaum, McLeod and Campbell, P.C.
Post Office Box 201
Montgomery, Alabama 36101
(334) 269-4440

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above foregoing Objection on all parties listed below by mailing a copy of the same to them on this day: February 3, 2010.

Hon. Curtis C. Reding
Trustee in Chapter 13
P.O. Box 173
Montgomery, Alabama 36101

Mary Jane Morgan
Bankruptcy Specialist
Internal Revenue Service
M/S MDP 146
Nashville, Tn 37201

Hon. Patricia Conover
Asst. United States Attorney
P O Box 197
Montgomery, AL 36101-0197

Internal Revenue Service
Special Procedures Function
801 Tom Martin Dr, Rm 126
Birmingham, AL 35211

/s/ Richard D. Shinbaum
Richard D. Shinbaum