# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ROBERT TODD ARICK, ) | |
| ) | CASE NO. 09-33561-DHW |
| ) | |
| Debtor. ) | CHAPTER 13 |

## MOTION TO COMPEL DEBTOR TO FILE FEDERAL TAX RETURNS
### [Internal Revenue Service]

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, on behalf of the United States Department of the Treasury, Internal Revenue Service (Service) and moves this Honorable Court for an order to compel the Debtor to file Federal Tax returns, and as grounds therefore states as follows:

1. On December 31, 2009, the Debtor filed for Chapter 13 relief. The Debtor's second amended Zero% Plan is set for confirmation on March 22, 2010 in Montgomery, AL. The Debtor's amended Plan provides for payment of a secured debt to the Service listed in the amount of $1,938.48 with specified monthly payments of $37.55. The Debtor's amended Plan does not propose to pay the priority claim of the Service. [Doc. # 16].

2. On January 28, 2010, the Service timely filed a Proof of Claim in the total amount of $254,018.53, of which $2,352.00 was classified as secured as Notices of Federal Tax Lien had been filed the Office of the Register of Deeds, Knox County, Knoxville, TN 37902; $1,938.48 was classified as unsecured priority, and $249,728.05 was classified as general unsecured. All of the priority claim was estimated as records of the

Service reflect that the Debtor had failed to file his Federal Tax returns for tax years 2006 and 2007.

3. The Service requests an Order compelling the Debtor to file all delinquent Income Tax returns.

Respectfully submitted this the 1st day of March, 2010.

                            LEURA G. CANARY
                            UNITED STATES ATTORNEY

                            /s/ Patricia Allen Conover
                            PATRICIA ALLEN CONOVER
P.O. Box 197                ASB 2214 R64P
Montgomery, AL 36101-0197   Assistant United States Attorney
Telephone: 334-223-7280      Patricia.Conover@usdoj.gov
Facsimile: 334-223-7201

## CERTIFICATE OF SERVICE

I hereby certify that on this the 1st day of March, 2010, I served a copy of the foregoing document, Motion to Compel Debtor to File Federal Tax Returns, on all parties listed below by the methods stated:

| | |
|---|---|
| Teresa Jacobs<br>U.S. Bankruptcy Administrator<br>One Church Street<br>Montgomery, AL 36104<br>[electronic service] | Richard D. Shinbaum<br>Attorney for the Debtor<br>Shinbaum, McLeod & Campbell<br>P.O. Box 201<br>Montgomery, AL 36101<br>[electronic service] |
| Curtis C. Reding<br>Chapter 13 Trustee<br>P.O. Box 173<br>Montgomery, AL 36101<br>[electronic service] | Robert Todd Arick<br>3144 South Hull Street<br>Montgomery, AL 36105<br>[United States Postal Service] |

                            /s/ Patricia Allen Conover
                            PATRICIA ALLEN CONOVER
                            Assistant United States Attorney